**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Alvaro VARGAS–HIDALGO, Defendant–Appellant.**

No. 99–50733.
D.C. No. CR–99–00101–MMM.

United States Court of Appeals, Ninth Circuit.

Submitted May 14, 2001.*

Decided May 29, 2001.

Before PREGERSON, FERNANDEZ and WARDLAW, Circuit Judges.

MEMORANDUM **

Alvaro Vargas–Hidalgo appeals his 92–month sentence imposed by the district court following his conviction of being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326. Vargas–Hidalgo's attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record. Vargas–Hidalgo did not file a pro se supplemental brief. Having conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we conclude that there are no arguable appellate issues. Counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.